UNITED STATES of America,
Plaintiff–Appellee,

v.

Seburn John HENRY, IV,
Defendant–Appellant.

No. 04–50821
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 15, 2005.

Joseph H. Gay, Jr., Assistant United States Attorney, for plaintiff-appellee.

Seburn John Henry, IV, for defendant-appellant.

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Seburn John Henry, IV, has filed a motion to withdraw and briefs pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Henry has not filed a response. Our independent review of the briefs and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.